UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:04-CR-138 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| JOSEPH SWAFFORD and ) | |
| JES, INC. d/b/a BROADWAY HOME ) | |
| AND GARDEN CENTER ) | |

**O R D E R**

For the reasons set forth in the accompanying memorandum, it is **ORDERED** the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(B)(1)(C) and Defendant's motion to suppress (Court File No. 34) is hereby **GRANTED IN PART** and **DENIED IN PART**

.

**SO ORDERED.**

**ENTER:**

　　　　　　　　　　　　　　　　　　　　**/s/**
　　　　　　　　　　　　　　　　**CURTIS L. COLLIER**
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**