UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:04-CR-138 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| JOSEPH SWAFFORD and | ) | |
| JES, INC. d/b/a BROADWAY HOME | ) | |
| AND GARDEN CENTER | ) | |

## **O R D E R**

For the reasons set forth in the accompanying memorandum, the Court hereby **DENIES** Defendant Joseph Swafford's Motion to Reconsider (Court File No. 82).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**