UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:04-CR-138 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| JOSEPH SWAFFORD and | ) | |
| JES, INC., d/b/a BROAD WAY HOME | ) | |
| AND GARDEN CENTER | ) | |

## ORDER

For the reasons set forth in the accompanying memorandum, it is **ORDERED** the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C) and Defendant's motion to suppress (Court File No. 111) is hereby **GRANTED IN PART** and **DENIED IN PART.**

    SO ORDERED.

    ENTER:

                                                 /s/
                                               **CURTIS L. COLLIER**
                                               **CHIEF UNITED STATES DISTRICT JUDGE**